COOPER v. WISSELTHIER et al. (Supreme Court, Appellate Division, First Department. January 28, 1910. Action by Hene Cooper against Jossef Wisselthier and others,

in which Gustav Lange and another appeal. G. Lange, Jr., for appellants. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to renewal when accounts of receiver shall have been adjusted. Order filed. See, also, 119 N. Y. Supp. 1121.